1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:    (559) 237-6000
4  Facsimile:    (559) 233-6044

5  Attorney for Defendant, ELIEZAR AGUILAR-MADRIZ

6

         IN THE UNITED STATES DISTRICT COURT FOR THE
7
                EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )   CASE NO.  1:13-cr-00420 LJO/SKO
                                  )
10        Plaintiff,               )
                                  )   STIPULATION AND ORDER
11    v.                           )   TO CONTINUE SENTENCING
                                  )
12  ELIEZAR AGUILAR-MADRIZ,        )
                                  )
13        Defendant                )
   _____ )
14

15      The parties hereto, by and through their respective attorneys, stipulate and agree that the

16  sentencing hearing in this matter, currently calendared for June 8, 2014 at 8:30 a.m., be continued

17  to June 29, 2015  at 8:30 a.m. before the Hon. Lawrence J. O'Neill

18      The continuance necessitated as additional time is needed for Mr.Aguilar-Madriz to

19  qualify pursuant to U.S.S.G. § 5C1.2(a)(5).

20      The parties also agree that any delay resulting from this continuance shall be excluded in

21  the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).
22

23  DATED:  June 4, 2015            /s/ Kathleen Servatius
                                   KATHLEEN SERVATIUS
24                                 Assistant United States Attorney
                                   This was agreed to by Ms. Servatius
25                                 via telephone on June 4, 2015

26
   DATED:  June 4, 2015            /s/ Roger K. Litman
27                                 ROGER K. LITMAN
                                   Attorney for Defendant
28                                 ELIEZAR AGUILAR-MADRIZ

                          1

1  No further continuances.

2

3  IT IS SO ORDERED.

4      Dated:   **June 4, 2015**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28